AO 88 (11/91) Subpoena in a Civil Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-28-11

# *United States District Court*

SOUTHERN     DISTRICT OF     NEW YORK

**MANDEL BROCK**

**SUBPOENA IN A CIVIL CASE**

v.

**THE CITY OF NEW YORK, ET AL.**

CASE NUMBER: **11 CV 0207 (RJS)**

TO:   Spencer Dassy
      1330 East 93rd Street
      Brooklyn, NY 11236

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| New York City Law Department, 100 Church Street, 4th Floor, New York, New York 10007 | January 17, 2011 at 10:00 a.m. |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): Valid identification showing your residence on March 21, 2009. Identification includes, but is not limited to, a New York State driver's license, a New York State identification card, or a utility bill in your name.

| PLACE | DATE AND TIME |
|---|---|
| New York City Law Department, 100 Church Street, 4th Floor, New York, New York 10007 | January 17, 2011 at 10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents or other persons who consent to testify on its behalf, and may set forth for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)     DATE

So Ordered: [signature]     12/28/11
**United States Judge Richard J. Sullivan**

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
718.613.2170

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)